IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHARLES TAYLOR and RICHARD LaBRYER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REPUBLIC SERVICES, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:16-cv-00502 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN VILLARREAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC SERVICES, INC.,<br><br>Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:17-cv-00036 |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF THE CONFIDENTIAL STIPULATION AND SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Pending before this Court is the Parties' Joint Motion for Approval of the Confidential Stipulation and Settlement Agreement and Dismissal with Prejudice. Having reviewed and considered the terms of the Confidential Stipulation and Settlement Agreement, the pleadings in this case, and the issues presented therein, and for good cause shown, the Court approves the

Confidential Stipulation and Settlement Agreement attached as "Exhibit A," filed under seal, and, therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court hereby asserts jurisdiction over the claims and parties in this lawsuit and the implementation and administration of the Confidential Stipulation and Settlement Agreement;

2. The Court hereby grants the joint motion for approval and approves the Parties' Confidential Stipulation and Settlement Agreement, filed as Exhibit A under seal (or as the same may be modified by subsequent mutual agreement, in writing, of the Parties). The Court finds that the terms of the Confidential Stipulation and Settlement Agreement are fair, reasonable, and adequate to all Plaintiffs, and directs consummation of its terms and provisions;

3. The Court finds that the settlement followed extensive, hard fought litigation regarding bona fide disputes related to compensation owed under the Fair Labor Standards Act ("FLSA"), and was the result of a formal mediation involving vigorous arms'-length settlement negotiations and the assistance of an experienced mediator. During the entire process, Plaintiffs and Defendants were represented by counsel experienced in wage and hour law. Accordingly, the Confidential Stipulation and Settlement Agreement resolves a clear and actual bona fide dispute under circumstances supporting a finding that is fair and reasonable;

4. The Court hereby appoints Charles Taylor, Richard LaBryer and Juan Villarreal as Representative Plaintiffs who, together with counsel for Plaintiffs, shall be authorized to act on behalf of all Plaintiffs with respect to this litigation and the Confidential Stipulation and Settlement Agreement;

5. The Court hereby enters judgment and dismisses this lawsuit on the merits and with prejudice; and

6. The Court hereby retains jurisdiction over this action and the Parties to administer, supervise, interpret, and enforce the Confidential Stipulation and Settlement Agreement and this Order.

Signed on this _____ day of _4/16/18_, 2018.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE