United States District Court
Southern District of Texas
**ENTERED**
September 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN VILLARREAL, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-036 |
| | § | |
| REPUBLIC SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Orders (D.E. 60, 61), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 10th day of September, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE